Hillsborough County

☐ $5.00 ☒ $20.00

☐ $25.00 ☐ $40.00

OTHER

...OF VACCINATION
6/20/2019

VACCINATION EXPIRES ON
6/20/2020

LICENSE TAG EXPIRES ANNUALLY

FIRST NAME
Jen

M.I.

DATE TAG EXPIRES: 6/20/2020

...APT/LOT #

STREET TYPE DIR.

PHONE #
(813)
361-3283

...PH. #

LAST YEARS TAG NUMBER

SEX
M...

WEIGHT
7.[illegible] Lbs.

TATTOO #

EXPIRATION DATE
...2020

CLINIC NAME
Bayshore Animal Clinic

CLINIC CODE
102

...PE OF VACCINATION
Killed

CLINIC ADDRESS
2612 West Gandy Blvd
Tampa FL
33611

CLINIC PH.
(813)
832-3675

Enter Above ... Item(s) or ... Information

LICENSE #
VM13364

VET SIGNATURE
Serena Bloom

...FICATE ... HILLSBOROUGH COUNTY ANIMAL SERVICES * P.O. ...
...40 Falkenburg ... PHONE (813) 744-5660



According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

OMB Approved 0579-0036

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# RECORD OF DISPOSITION OF DOGS AND CATS

☒ SALE ☐ EXCHANGE OR TRANSFER ☐ DONATION

1. DATE OF DISPOSITION: 5-10-19

2. PAGE 1 OF

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 8. Original and USDA Copy to be retained by seller. Buyer's Copy to accompany shipment. It must be retained by Buyer.

3. SELLER OR DONOR (Name and Address)
Tammi Comer
205 Howard St
Diamond, mo 64840

3A. DEALER'S LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (Seller)

4. BUYER OR RECEIVER (Name and Address)
Jen Austin
161 Cyprus Ave
Tampa, Florida
33606

4A. USDA LICENSE NUMBER OR RESEARCH FACILITY REGISTRATION NUMBER (If any) 43A6104

12. DATE

BUYER'S COPY - To accompany shipment and be retained by buyer